OPINION — AG — **** STATE MOTOR VEHICLES — INSURANCE **** THE STATE AGENCY FOR SURPLUS PROPERTY IS NOT AUTHORIZED BY STATUTE TO CARRY INSURANCE ON ITS MOTOR VEHICLES OTHER THAN THAT SPECIFIED IN 47 O.S. 1971 158.1 [47-158.1] AND MAY NOT CARRY COLLISION OR COMPREHENSIVE INSURANCE. CITE: 80 O.S. 1971, 34.1-44 [80-34.1-44], 80 O.S. 1971 34.6 [80-34.6] [80-34.6], 47 O.S. 1971 158.1 [47-158.1] (PAUL C. DUNCAN) ** SEE: OPINION NO. 73-163 (1973) ** ** SEE: OPINION NO. 73-265 (1973) ** ** SEE: OPINION NO. 74-152 (1974) **